IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| R. WAYNE KLEIN, the Court-Appointed Receiver of U.S. Ventures LC, Winsome Investment Trust, and the assets of Robert J. Andres and Robert L. Holloway,<br><br>Plaintiff,<br><br>v.<br><br>WINGS OVER THE WORLD MINISTRIES and TERRY L. HARPER,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:12-cv-23-DN<br><br>District Judge David Nuffer |

Before the court is the Report and Recommendation[1] issued by United States Magistrate Judge Dustin B. Pead, recommending that this court: (1) grant the Receiver's Motion[2] to Strike Document Numbers 39, 40, 41, 42, 43, 47, 48, 49, 54, 55 and 56, and that all future frivolous filings be stricken from the record and that the offending party be ordered to pay costs and fees incurred; and (2) grant the Receiver's Motion[3] to Amend Complaint. Defendant Terry Harper filed a timely objection.[4]

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b)(3), the court has reviewed de novo all materials, including the objection, the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation. The court agrees with the analysis and

---

[1] Report & Recommendation, docket no. 60, filed Oct. 10, 2013.

[2] Motion to Strike and Memorandum in Support, docket no. 44, filed Aug. 15, 2013.

[3] Motion for Leave to Amend Complaint and Memorandum in Support, docket no. 45, filed Aug. 21, 2013.

[4] Respondent's Constructive Notice of Objection and Oppositions to the Court's Striking of Respondent Filings Based on Respondnet [sic] "Established" and "Settled" Law Against "Invalid/Void" Ruling Granting Plaintiff's Motions to Strike and Respondnet's [sic] Demand of Lawful Correction, Remedy and Relief as in "Rectum Rogare[", docket no. 66, filed Oct. 23, 2013.

conclusions of the magistrate judge, and will adopt the Report and Recommendation as the order of the court.

IT IS HEREBY ORDERED that any objections are OVERRULED and the Report and Recommendation is AFFIRMED AND ADOPTED in its entirety.

IT IS FURTHER ORDERED that Receiver's Motion to Strike[5] is GRANTED and docket numbers 39, 40, 41, 42, 43, 47, 48, 49, 54, 55 and 56 are STRICKEN.

IT IS FURTHER ORDERED that Receiver's Motion to Amend Complaint[6] is GRANTED. The amended complaint shall be filed within 7 days of the date of this order.

Signed October 25, 2013.    BY THE COURT

_____
District Judge David Nuffer

---

[5] Docket no. 44.

[6] Docket no. 45.