IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| R. WAYNE KLEIN, the Court-Appointed Receiver of U.S. Ventures LC, Winsome Investment Trust, and the assets of Robert J. Andres and Robert L. Holloway,<br><br>               Plaintiff,<br>v.<br><br>WINGS OVER THE WORLD MINISTRIES and TERRY L. HARPER,<br><br>               Defendants. | MEMORANDUM DECISION and ORDER ADOPTING REPORT & RECOMMENDATION<br><br>Case No. 2:12-cv-23-DN-DBP<br><br>District Judge David Nuffer |

Magistrate Judge Pead's Report and Recommendation (R & R)[1] under 28 U.S.C. § 636(b)(1)(B) recommends that the court grant Receiver R. Wayne Klein's motion for entry of default[2] against Defendant Terry L. Harper and as a result of the entry of default, find all other pending motions[3] moot. The R & R contained proper notice of the right to object to the R & R within fourteen days of service.[4] No objections were filed.

The R & R recommends that the court grant the motion for entry of default based on Defendant Harper's ongoing

> (1) blatant disregard of numerous court orders to refrain from submitting frivolous filings; (2) refusal to provide discovery responses despite a Court order to do so

---

[1] Report & Recommendation, docket no. 91, filed Mar. 5, 2014.

[2] Motion for Default Against Defendant Terry L. Harper, docket no. 81, filed Jan. 29, 2014.

[3] Motion to Strike Affidavit of Tresspass [sic], docket no. 75, filed Dec. 2, 2013; Motion to Strike Affidavit of Constructive Notice and for Default Against Defendant Terry L. Harper, docket no. 79, filed Dec. 30, 2013; Respondent's Motion for Summar [sic] Judgment, docket no. 82, filed Jan. 27, 2014; Respondent Harper's Ex Parte Motion in the Form of a "Writ of Error" Quae Coram Nobis on Granting Klein's Motion for Extension of Time to Respond to Harper's Summary Judgmetn [sic] Motion, docket no. 89, filed Feb. 27, 2014.

[4] R & R at 13; *see also* Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.").

and; (3) failure to pay the Receiver's reasonable attorney fees in the amount of $1,143.75 despite being ordered to do so by the Court.[5]

All relevant materials have been reviewed de novo and the Report and Recommendation is adopted in its entirety. The motion to for entry of default[6] is GRANTED. All other motions pending in this case are MOOT.[7] Within 7 days of this order, the Receiver is directed to submit a Default Certificate to be entered by the Clerk of Court, after which the Receiver may proceed to move the court for default judgment against all parties.[8]

Signed March 28, 2014.

BY THE COURT

_____
District Judge David Nuffer

---

[5] R & R at 12.

[6] Docket no. 81.

[7] Docket nos. 75, 79, 82, 89.

[8] Default Certificate entered against Wings over the World Ministries, docket no. 14, filed July 18, 2012.